IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:11cr180-MHT |
| DERIC WILSON | ) | (WO) |

## JUDGMENT

Upon consideration of the motion for leave to dismiss the indictment without prejudice (doc. no. 69) filed in this cause, and for good cause shown, the court is of the opinion that the motion should be granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED, and DECREED by the court that said motion is granted and that the indictment is dismissed without prejudice as to defendant Deric Wilson.

DONE, this the 10th day of February, 2012.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE